WALTER GUSEW et al., Respondents, v. SYOSSET HOSPITAL, Appellant, et al., Defendants.—

Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.